

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-15-00084-CR

## EX PARTE CHRISTINE ALLEN

_____

**From the 252nd District Court
Jefferson County, Texas
Trial Court No. 09-6158-B**

## MEMORANDUM  OPINION

Christine Allen has filed a document that requests post-conviction habeas corpus relief with respect to her felony judgment of conviction from the 252nd Criminal District Court of Jefferson County.

This court, as an intermediate court of appeals, has no jurisdiction over post-conviction writs of habeas corpus in felony cases. _See Ex parte Martinez_, 175 S.W.3d 510, 512-13 (Tex. App.—Texarkana 2005, orig. proceeding) ("Our law requires post-conviction applications for writs of habeas corpus, for felony cases in which the death penalty was not assessed, to be filed in the court of original conviction, made returnable

to the Texas Court of Criminal Appeals.") (citing TEX. CODE CRIM. PROC. ANN. art. 11.07(3)(a), (b)); *Self v. State*, 122 S.W.3d 294, 295 (Tex. App.—Eastland 2003, no pet.).

Furthermore, if we had subject-matter jurisdiction, this court lacks jurisdiction of an appellate proceeding from a district court in Jefferson County, which is within the territorial jurisdiction of the Ninth Court of Appeals. *See* TEX. GOV'T. CODE ANN. § 22.201(j, k) (West Supp. 2014).

Because we have no jurisdiction over this proceeding, we dismiss it.

REX D. DAVIS
Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Dismissed
Opinion delivered and filed March 26, 2015
Do not publish
[OT06]

